# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-1364
Lower Tribunal No. 2023-MM-3538

_____

EDWARD ADAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Polk County.
Kevin M. Kohl, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and MIZE, JJ., concur.


John N. Bogdanoff, of The Carlyle Appellate Law Firm, Orlando, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED